No. 821. SOUTHERN PACIFIC Co. *v.* McDONNELL, ADMINISTRATRIX. April 26, 1937. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. Arthur Bergin Dunne* for petitioner. *Mr. Herbert W. Erskine* for respondent.

No. 828. CAMERON *v.* UNITED STATES. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lawrence E. Goldman* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.

No. 829. CAMPBELL *v.* COMMISSIONER OF INTERNAL REVENUE. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George F. Mulligan, Marion L. Marshall,* and *George F. Mulligan, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.

No. 831. SARTORIUS *v.* COMMISSIONER OF INTERNAL REVENUE. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry J. Leffert* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 833. MAYERHOFER *v.* UNITED STATES. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. M.*